43, 47, 48, 51, 55, 56, 57, 58, 59, 60, 61, 66, 67, 69, 71, 72, 73, 74, 75, 76, 77, 78, 80, 81, 83, 84, 86, 87, 88, 89, 90, 91, and 92 and disapproves conclusions of law numbers I, II, III, IV and V of the State's findings of fact and conclusions of law.

In the Matter of HAROLD C. PENNICKE, Petitioner, against CARROLL E. MEALEY et al., Constituting the State Tax Commission, Respondents.—

All concur. .

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN W. LaCASSE, Appellant.—

All concur.

In the Matter of ARTHUR W. DAY, Petitioner, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK. et al., Respondents.—

All concur.

In the Matter of HERBERT L. CARLEBACH, Petitioner, against CARROLL E.

MEALEY et al., Constituting the State Tax Commission, Respondents.—

All concur.

ELAINE VAN SLYKE, Appellant, v. ROBERT FIVEY, Respondent. ROBERT VAN SLYKE, Appellant, v. ROBERT FIVEY, Respondent.—

Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur; Crapser, J., dissents and votes to affirm on the ground that on her own testimony plaintiff was guilty of contributory negligence.

WILLIAM H. DUSENBURY, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 25817.)